IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01561-MSK

THOMAS GARNER,

    Applicant,

v.

ANGEL MEDINA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## SUPPLEMENTAL ORDER FOR STATE COURT RECORD

On April 15, 2011, this Court issued an Order for State Court Record, directing the Respondents to file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Thomas Garner*, Denver District Court Case No. 90CR2581, including all documents in the state court file **and transcripts of all proceedings conducted in the state court**, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.

On May 6, 2011, the Denver District Court filed the state court record in this Court, consisting of two volumes of pleadings and one CD ROM containing the transcripts of Applicant's trial.  However, missing from the state court record are the transcripts from the hearing on Applicant's Colo.R.Crim.P. 35(c) motion (ineffective assistance of counsel claims).   The existing record indicates that the hearing on the Rule 35(c) motion occurred on the following dates: July 19, 2007, July 20, 2007 and

July 24, 2007.  Accordingly, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the transcripts from the hearing on Applicant's Colo.R.Crim. P. 35(c) motion.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
              Denver County District Court
              1437 Bannock Street
              Denver, Colorado 80202;

    (2)    Assistant Solicitor General
              Appellate Division
              Office of the Attorney General
              1525 Sherman Street
              Denver, Colorado  80203; and

    (3)    Court Services Manager
              State Court Administrator's Office
              101 W. Colfax, Ste. 500
              Denver, Colorado  80202.

DATED July 25, 2011, at Denver, Colorado.

                                              BY THE COURT:

                                                s/ Boyd N. Boland
                                              BOYD N. BOLAND
                                              United States Magistrate Judge